IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK HOWARD | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA INDUSTRIAL CORRECTIONAL FACILITY, et al.: | : | NO. 15-2843 |

ORDER

AND NOW, this 19th day of September, 2016, upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Response, it is HEREBY ORDRED that the Motion (Docket No. 30) is GRANTED in favor of Defendants and Plaintiff's Amended Complaint is dismissed with prejudice. The Clerk of Court is hereby directed to close this case for statistical purposes.

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE